## Commonwealth *v.* Patrick, Appellant.

Argued December 11, 1973. *Paul A. McGlone,* with him *Anthony J. Lawrence,* for appellant; *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Pechart, Appellant.

Argued December 10, 1973. *Sylvia H. Rambo,* Public Defender, for appellant; no appearance entered nor brief submitted for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.